IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TEANNA LEWIS                                                              PLAINTIFF

   v.                        Case No. 11-1010

SYSTEMEX, INC.                                                            DEFENDANT

### ORDER

Before the Court is Defendant's Motion to Dismiss for Lack of Prosecution (Doc. 9). This case is set for a jury trial to begin on March 26, 2012. On October 19, 2011, the Court entered an order permitting Plaintiff's counsel to withdraw. (Doc. 8). The Court granted Plaintiff until November 21, 2011, to either retain new counsel or to advise the Court that she intends to proceed *pro se*. (Doc. 8). The Court further advised Plaintiff that her failure to comply with that order might result in the dismissal of her action.

As of this date, Plaintiff has not complied with the Court's order or communicated to the Court in any that she intends to proceed with this action. Accordingly, Defendant's Motion to Dismiss (Doc. 9) should be and is hereby **GRANTED**. Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE** on the grounds that she has failed to prosecute it and has failed to comply with Court orders. *See* Fed. R. Civ. P. 41(b). Should Plaintiff re-file this action, Defendant may petition the Court

to require the Plaintiff to show good and adequate cause for her failure to prosecute the instant action before she is allowed to proceed with a second action.

The U.S. District Clerk is directed to ensure Plaintiff's former counsel, Dale Smart, receives a copy of this order. Mr. Smart is directed to provide a copy of this order to Plaintiff at her last known addresses.

IT IS SO ORDERED this 2nd day of March 2012.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge